RECEIVED
IN LAFAYETTE, LA.
JAN 24 2012
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DONALD BURGO<br>LA. DOC #197078<br>VS. | CIVIL ACTION NO. 6:11-cv-1338<br><br>SECTION P<br><br>JUDGE HAIK |
| WARDEN ROBERT HENDERSON | MAGISTRATE JUDGE HILL |

## J U D G M E N T

For the reasons contained in the Report and Recommendation and Supplemental Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's second and successive Application for Writ of *Habeas Corpus* be transferred to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. § 2244(b)(3) for further proceedings by that Court.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 24th day of January, 2012.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE